**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 763 MAL 2018

            Respondent               :

                                    :   Petition for Allowance of Appeal from
                                    :   the Order of the Superior Court

            v.                         :

                                    :

JAYVON L. LASSITER-MORRIS,       :

            Petitioner                :

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of April, 2019, the Petition for Allowance of Appeal is **DENIED**.